810

No. 1230.   NEWTON OIL CO. *v.* BOCKHOLD ET AL.   See *ante,* p. 784.

No. 1062.   WILSON ET AL. *v.* RECONSTRUCTION FINANCE CORPORATION.   April 28, 1947.   Petition for writ of certiorari to the Ciruit Court of Appeals for the Fifth Circuit denied.   Petitioners *pro se.   Acting Solicitor General Washington* and *Robert L. Stern* for respondent.

No. 1075.   UNITED STATES *v.* ALBERT & HARRISON, INC. April 28, 1947.   Petition for writ of certiorari to the Court of Claims denied.   *Acting Solicitor General Washington* for the United States.   *Foster Wood* for respondent. ▪

No. 1088.   UNITED STATES EX REL. KNAUER *v.* JORDAN, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. April 28, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Theodore W. Miller* for petitioner.   *Acting Solicitor General Washington, Frederick Bernays Wiener, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 1113.   MACKE ET AL. *v.* UNITED STATES.   April 28, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Frederic M. P. Pearse* for petitioners.   *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.